Eric Lynn **MOORE**, Petitioner–
Appellee,

v.

Nathaniel **QUARTERMAN**, Director,
Texas Department of Criminal Jus-
tice, Correctional Institutions Divi-
sion, Respondent–Appellant.

No. 05–70038.

United States Court of Appeals,
Fifth Circuit.

March 12, 2008.

Thomas Scott Smith (argued), Smith &
Smith, Sherman, TX, for Moore.

Edward Larry Marshall (argued), Aus-
tin, TX, for Quarterman.

Before JONES, Chief Judge, and KING,
JOLLY, DAVIS, SMITH, WIENER,
BARKSDALE, GARZA, BENAVIDES,
STEWART, DENNIS, CLEMENT,
PRADO, OWEN, ELROD and
SOUTHWICK, Circuit Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the petition for
rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall
be reheard by the court en banc with oral
argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule
for the filing of en banc briefs.